USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
AJAY SURESH,                                                :
                                                            :
                                    Plaintiff,              :
                                                            :        24-CV-7959 (VEC)
                    -against-                                :
                                                            :            ORDER
ACE HOTEL NEW YORK LLC & ACE GROUP   :
INTERNATIONAL, LLC,                                         :
                                                            :
                                    Defendants.   :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Plaintiff filed this lawsuit on October 18, 2024, *see* Dkt. 1;

      WHEREAS Plaintiff filed proof of timely service of the summons, Complaint, and

mediation referral order on Defendants, *see* Dkts. 12-13; and

      WHEREAS Defendants have failed to appear within 14 days of service of process of the

mediation referral order as directed, *see* Mediation Referral Order, Dkt. 8.

      IT IS HEREBY ORDERED that Plaintiff must apply for a default judgment against

Defendants, consistent with the procedures described in Attachment A to the Undersigned's

Individual Practices in Civil Cases by not later than **January 3, 2025**, or the case will be

dismissed for failure to prosecute.

**SO ORDERED.**

**Date:  December 2, 2024**
     **New York, NY**
                                       **VALERIE CAPRONI**
                                 **United States District Judge**