

Joseph A. Dunne
Partner

Direct: 929.200.8446
joseph.dunne@sriplaw.com

**MEMO ENDORSED**

December 20, 2024

District Judge Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/24/24
```

RE:   Ajay Suresh v. Ace Hotel New York LLC and Ace Group International, LLC
      Case Number:  1:24-cv-07959-VEC

Dear Judge Caproni,

Pursuant to your Order dated December 2, 2024, Plaintiff Ajay Suresh is instructed to file his Application for Default Judgment on January 3, 2025. We have been in contact with counsel for Defendants in this matter and are working toward a resolution of this matter without the need for early mediation and the defendants to respond to Plaintiff's complaint. The parties' counsel believe that they will be able to resolve this matter within the next forty (40) days and Suresh requests an extension of time to file his Application for Default Judgment, up to and including February 12, 2025.

This is Suresh's first request for an extension of time to file his Application for Default Judgment. Counsel for the Defendants consents to this request. Attached hereto is a proposed Order extending the time for Suresh to file his Application for Default Judgment by February 12, 2025.

Sincerely,

**SRIPLAW**

Joseph A. Dunne
JAD/JCJ

> Application DENIED without prejudice if Defendant appears.
>
> SO ORDERED.    12/24/24
>
> /s/ Valerie Caproni
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE