

**Joseph A. Dunne**
Partner

Direct: 929.200.8446
joseph.dunne@sriplaw.com

January 31, 2025

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/25

District Judge Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

RE:   Ajay Suresh v. Ace Hotel New York LLC and Ace Group International, LLC
      Case Number:  1:24-cv-07959-VEC

Dear Judge Caproni,

The parties filed their Notice of Settlement on December 30, 2025 at Dkt. 21.  This Court ordered the parties to apply to reopen this case within thirty days to hold the case open. The parties are working diligently to finalize their agreement; however, request an additional fourteen (14) days to perfect their agreement, up to and including February 15, 2025 in which to file the Notice of Voluntary Dismissal with Prejudice.

This is the parties' first request for extension of time hold this matter open.

Sincerely,

**SRIPLAW**

Joseph A. Dunne
JAD/JCJ

> Application GRANTED in part.  The parties' deadline to apply to reopen the case is extended to February 7, 2025.  This deadline will not be extended further absent extenuating circumstances.
>
> SO ORDERED.    1/31/25
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

www.sriplaw.com
ATLANTA • INDIANAPOLIS • LOS ANGELES • MEDELLIN • NASHVILLE • NEW YORK • SOUTH FLORIDA
Main Phone: (561) 404-4350   •   info@sriplaw.com   •   Main Office: 21301 Powerline Road Suite 100, Boca Raton, FL 33433